FILED

11/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0442

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0442

| | |
|---|---|
| WILLIAM SCOTT ROGERS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs – Appellees,<br>     v.<br><br>LEWIS & CLARK COUNTY,<br><br>          Defendant – Appellant. | **GRANT OF EXTENSION** |

Appellant Lewis & Clark County, having moved this Court for an extension of time to file its opening brief, and good cause appearing;

IT IS HEREBY ORDERED that Appellant has up to and including December 20, 2021 in which to file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 8 2021